Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
United States ~~District of~~ Court
Georgia Division

U.S. DISTRICT COURT
AUGUSTA DIV.
23 DEC 26 AM 10: 2_
CLERK C Alley
SO. DIST. OF GA.

Emanuel Jackson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

BET Entertainment/
Stokes & Stokes Law Firm
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV123-196
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Emanuel Jackson
Street Address: 409 New Haven Ct
City and County: Grovetown, Georgia 30813
State and Zip Code: Georgia 30813
Telephone Number: (864) 543-4750
E-mail Address: jacksonemanuel471@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: BET Corporate Office
- Job or Title (if known): Organization
- Street Address: 1235 West Street, NE,
- City and County:
- State and Zip Code: Washington, DC 20018-1211
- Telephone Number: (202) 608-2000
- E-mail Address (if known): Viacomaccommodations@viacom.com

Defendant No. 2
- Name: City of Augusta
- Job or Title (if known): Office of Government
- Street Address: James Brown Blvd
- City and County: Augusta, Georgia 30901
- State and Zip Code: Georgia, 30901
- Telephone Number: (706) 821-2300
- E-mail Address (if known):

Defendant No. 3
- Name: Augusta City Hall
- Job or Title (if known): Government Office
- Street Address: 535 Telfair St
- City and County: Augusta, Georgia 30901
- State and Zip Code: Georgia, 30901
- Telephone Number: (706) 821-2300
- E-mail Address (if known):

Defendant No. 4
- Name: City of Brewton/Stokes & Stokes
- Job or Title (if known): Government Offices
- Street Address: 1010A Douglas Ave
- City and County: Brewton, Escambia
- State and Zip Code: Alabama 36426
- Telephone Number: (251) (251) 867-3212, 251 867-7755
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. N/A

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* EMANUEL Jackson, is a citizen of the State of *(name)* Georgia.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Church of Emanuel is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* Georgia.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* City of Brewton, Stokes & Stokes, is a citizen of the State of *(name)* Alabama. Or is a citizen of *(foreign nation)* _____.

b.   If the defendant is a corporation

The defendant, *(name)* **Stokes & Stokes**, is incorporated under the laws of the State of *(name)* **Alabama**, and has its principal place of business in the State of *(name)* **Alabama**.
Or is incorporated under the laws of *(foreign nation)* **N/A**,
and has its principal place of business in *(name)* **Alabama**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$1,000,000.⁰⁰ ⁺ plus interest, "see written papers"**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**"See written documents"**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**"           "**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec, 22, 2023

Signature of Plaintiff: *Emanuel Jackson*
Printed Name of Plaintiff: Emanuel Jackson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

DEC: 2023-24

TO LAW FIRM:

Hello, my name is Emanuel Jackson the reason of my writing is to ask for legal representation concerning financial, divorce, estate planning, inheritance fund to be address locally here of the state of Georgia. However, I've requested for the sum of ONE Hundred Million cash dollars to be deposited at any local bank around the Augusta Georgia Banking industry. The Law Firm of past legal practices hasn't granted my request of action to take place. My Christian organazation has email, Phone call several attempts concerning the cash million financial money that was donated to the Law firm of Stokes & Stokes LLC, PC. Attorney William Roy Stokes accepted my donated under the Ronald Regan Administration earlier of years of 1980's. However, me & Mr. Roy Stokes versally made an agreement upon of the two of us stating the money would be returned with an agreement of several promissary notes.

Mr William Stokes Sr passed during the year of 2009, furthermore the family of Mrs Arene & Robert Jackson was only legal guardianship upon the donation agreement. During my housing condition I was hired to preform many family household duties such as Lawncare, and to protect his family assets. However, my legal guardianship of Mr. Robert Jackson was determined Under contract with the Law firm of Mr Stokes & Stokes, the family of my legal representation since his death has not correspond correctly upon my request. I was given instruction from Mr Robert Jackson to have an check written for the amount of one million cash to be type & address to me personally. The law firm is practice by William Stokes Jr, upon his Proffesional degree work he's been improperly allowed the to visit the firm to ask for check to be made out to me. Futhermore, I made an complaint with the Alabama Bar Association concerning my rights as an citizen of the state, which he's practicing located in Alabama, and other area around the Southwestern, Southeastern coast lines. During, the practice of Mr. William Stokes JR, I was married to Mary Allison Brown around the year of 2005, she has legal representation from the government system from the courthouse where we were sworn by married. However, Mary Allison Brown was granted rights to visit the same Law firm of Stokes & Stokes which is where my cash financial documents are located.

During the process of our marriage I found Mrs. Mary Allison Brown to untrustworthy by committing several illegal adultery relationships. Before, our married situation she became pregnant upon DNA testing it was determined that her child wasn't to be my daughter. At, that timeframe I was served papers stating by the court system that if the child was mine that I would be placed on child support. After true facts was revealed her child was adopted by the state of Alabama that was later given over to an couple named Mrs. Gates; futhermore during the process of our relationship Mrs. Brown became pregnant with a set of twins as of one boy, one girl however those particular kids also became adopted by the state also later adopted by friends of her family. Futheremore, we shared living housing conditions over the timeframe of our marriage upon learning true statements of Mrs. Brown she was having many illegal relationships, she was sending money, etc to other male individuals. I've learned that she was traveling around states solication of sexual activities. We departed around 2015 year living separated from one another, we spent twenty five years of wasted time together under false pretenses. She was very known by community society by invading my privacy rights during the process of the marriage. She has slandered my name which has many rich traditional values as an christian.

She has placed my history books, personal history, law history, around other society members whom were committing illegal crimes; however my state of charther was very displeased, emotional, stressful & very competive as others learned about my self wealth. However, I left some important valueable documents at her residence were she was able, to public advertise my complimentary name. Since that timeframe I've lost all my personal honors of memprars of rich history of the past as an citizens of the State of Alabama. However, I lost copyright licenses, and lost of idential document studio musical reviews from my recording studio. She known my selfworth & personal history, which again has caused many unconstitutional rights as an citizens of the United States, she has publielly advertise my Constitution rights, bill of rights, religious rights, false documentations about my electrons at the Whitehouse. However, since my rights of violations there has been many disparted separtions of my christian family. The Government as an nation has become corrupt with all type of unethical pratices here around America & possibly other parts of the World.

However, I conclude that I'am asking for legal representation concerning all legal problem that I'am experiences. I've relocated to another Stated colony of America were such family members of her family resides, and since my resident of stay she has had community involvement pretaining to my inhertiance fund such as housing, transportation, banking transactions. However, I'am learning more about her past endeavors as I continue to requests llegal representations. I would like for legal consulting about how & when, what to do, concerning the resolvements of my millionaire case. I'am very aware that legal guidness is of my best interest, so if legal advice ¿ or legal consultants can be hired. Please respond to my request at your early distreet.

Forever Yours,
Emanuel Jackson
Firm

Dec, 21, 2023

Federal Court:

I hereby state that information here is true & correct concerning my request for trail court. My civil rights as an American citizen has many violations under prejury of the federal guidelines. However, as my rights are continue to be non-compliances I am complaining for action to take place. My religion beliefs has been void of my own rights to practice religion sytle christian demostration of mentorship. My Churches are under the guidlines of False pretenses of practices by unbelievers

whom use my house of worship for under false religion practices, Satanic works of practices has entered into my Kingdoms ruling of Church's state practices such as ties of Government practices. My worship houses of christ has impersonation of other characters protrayed to be myself an true harmonies man of the father of christ. There has also been many copyright issues concerning my music industry licenses outstanding to be part of the true collections of my music family.

The music industry has used my instrumental beats for other styles of entertainment; also concerning the Rap industry; the style from my church collection has the wrong message style of lectures. The BET industry his soley profit from my musical style first since the signing of the Micheal & Janet Jackson collection. There has been many artist living the Rich & famous styles of my family musical industry for generations of the past. Parental rights hasn't & wasn't approval by my musical organazation. However, with notes of today's music has the wrong

impressional inspirations of the true messages of the pictures-of musical i videos styles supports of fictual profits. Futhermore, I'am complaining that there's been many illegal forms of actions taken place such as false gaming, false gambling, illegal drug trades, etc. However, there has been many factual deaths of wrongful actions by society as a whole. People whom has caused the hardships are not from the United states as true citizens, I'am very aware they have business contract from all over other parts

of the world from where their nationally. However, the Christian society has donations of millions of cash dollars to support the ministry that God has protest for the establishment of his Church houses. The money that has ties to the Government has been money laundry throughout the wrong processing of God Kingdom. All nationally has businesses here with organize slaveé white collar crimes. I concluded that the United States of America must be held accountable for actions that has supported corruptions here

around the States of America, and allowing other nations & countries to have ties to export & import federal financial assets to be transported out of the United States of America, the family of the Jacksons' owe an sustain amount of money to my church organization for my personal services such as hire of any particular assignments.

Pastor of Christ,

Emanuel J. K.

U.S. POSTAGE PAID
FCM LG ENV
AUGUSTA, GA 30909
DEC 22, 2023
$2.07
R2305E124053-12

Emanuel Jackson
409 New Haven CT
Grovetown, Georgia 30813

United States District Court
600 James Brown Blvd.
Augusta, Georgia 30901