AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EMANUEL L. JACKSON,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 123-196

BET ENTERTAINMENT; STOKES &
STOKES LAW FIRM; BET CORPORATE OFFICE;
CITY OF AUGUSTA; AUGUSTA CITY HALL; and
CITY OF BREWTON,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered March 4, 2024, the Court adopts as it's opinion the Magistrate Judge's Report and Recommendation, to which no objections have been filed, and dismisses this case without prejudice.  This case stands closed.

| 3/4/2024 | | John E. Triplett, Clerk of Court |
|---|---|---|
| Date | | Clerk |
| |  | |
| | | (By) Deputy Clerk |

GAS Rev 10/2020